# RECOMMENDATION TERMINATING
## SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: 2:07CR00179-01
)
Saunders Lateaf MABREY )
)

## LEGAL HISTORY:

On May 17, 2002, the above-named was sentenced to 70 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on January 19, 2007. Special conditions included: Drug/alcohol correctional treatment; Drug/alcohol testing; and Co-payment for treatment/testing.

## SUMMARY OF COMPLIANCE:

Mr. Mabrey has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Mabrey has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:   Saunders Lateaf MABREY**
       **Docket Number: 2:07CR00179-01**
       **RECOMMENDATION TERMINATING**
       <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

### RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,

                              /s/ Kris M. Miura
                              **KRIS M. MIURA**
                              **United States Probation Officer**

Dated:      January 28, 2010
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

cc:    AUSA To be assigned (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR00179-01** |
| ) | |
| **Saunders Lateaf MABREY** ) | |

On January 19, 2007, the above-named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated:     January 28, 2010
           Elk Grove, California
           KMM/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

RE:     **Saunders Lateaf MABREY**
        **Docket Number: 2:07CR00179-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_____2/23/10_____                    _____
**Date**                                 **EDWARD J. GARCIA**
                                         **Senior United States District Judge**

KMM/cj

Attachment: Recommendation

cc:     United States Attorney's Office